# Exhibit A

```
                         CAUSE NO.  202316557

                         RECEIPT NO.  21562                    75.00     CTM
                                *********                    TR # 74145675
```

PLAINTIFF: YOUNG-TREZVANT, AMIA LYNN                In The   61st
    vs.                                             Judicial District Court
DEFENDANT: LONE STAR COLLEGE                        of Harris County, Texas
                                                                                                                                                                                           61ST DISTRICT COURT
                                                                                                                                                                                          Houston, TX

## CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LONE STAR COLLEGE MAY BE SERVED BY SERVING REGISTERED AGENT
    SONIA C LOPEZ ASSISTANT GENERAL COUNSEL

    5000  RESEARCH FOREST DR   THE WOODLAND  TX   77433

    Attached is a copy of <u>CIVIL PETITION</u>

This instrument was filed on the <u>14th day of March, 2023</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 6th day of April, 2023, under my hand and seal of said Court.



<u>Issued at request of</u>:                           MARILYN BURGESS, District Clerk
YOUNG-TREZVANT, AMIA LYNN                          Harris County, Texas
11250  MASON ROAD                                  201 Caroline, Houston, Texas 77002
CYPRESS, TX   77433                                (P.O. Box 4651, Houston, Texas 77210)
Tel: (281) 967-9440
<u>Bar No.</u>: 1                                       Generated By: MOMON, RHONDA   HWP//12253566

---

### CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of CIVIL PETITION
to the following addressee at address:

_____        _____
                                                ADDRESS

_____        Service was executed in accordance with Rule 106
(a)ADDRESSEE                                       (2) TRCP, upon the Defendant as evidenced by the
                                                    return receipt incorporated herein and attached
_____            hereto at

                                                                   on _____ day of _____, _____
                                                                     by U.S. Postal delivery to _____

                                                                     This citation was not executed for the following
                                                                     reason: _____
                                                                                                                          _____

                                                                     MARILYN BURGESS, District Clerk
                                                                     Harris County, TEXAS

                                                                     By _____, Deputy

N.INT.CITM.P                              *74145675*

```
                           CAUSE NO.  202316557

                           RECEIPT NO. 21562                    75.00      CTM
                                    *********                   TR # 74145675
```

PLAINTIFF: YOUNG-TREZVANT, AMIA LYNN                In The   61st
    vs.                                         Judicial District Court
DEFENDANT: LONE STAR COLLEGE                        of Harris County, Texas
                                                                                                                                                                                                61ST DISTRICT COURT
                                                                                                                                                                                        Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: LONE STAR COLLEGE MAY BE SERVED BY SERVING REGISTERED AGENT
    SONIA C LOPEZ ASSISTANT GENERAL COUNSEL

    5000  RESEARCH FOREST DR   THE WOODLAND  TX  77433

    Attached is a copy of <u>CIVIL PETITION</u>


This instrument was filed on the <u>14th day of March, 2023</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
    This citation was issued on 6th day of April, 2023, under my hand and
seal of said Court.



                                                               MARILYN BURGESS, District Clerk
<u>Issued at request of</u>:                                   Harris County, Texas
YOUNG-TREZVANT, AMIA LYNN                                  201 Caroline, Houston, Texas 77002
11250 MASON ROAD                                           (P.O. Box 4651, Houston, Texas 77210)
CYPRESS, TX  77433
Tel: (281) 967-9440
<u>Bar No.</u>: 1                                            Generated By: MOMON, RHONDA   HWP//12253566

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
CIVIL PETITION
to the following addressee at address:


_____           _____
                                                             ADDRESS

_____           Service was executed in accordance with Rule 106
(a)ADDRESSEE                                         (2) TRCP, upon the Defendant as evidenced by the
                                                                        return receipt incorporated herein and attached
_____              hereto at


                                                                        _____
                                                                        on _____ day of _____, _____
                                                                        by U.S. Postal delivery to _____
                                                                        _____


                                                                        This citation was not executed for the following
                                                                        reason: _____
                                                                        _____

                                                                        MARILYN BURGESS, District Clerk
                                                                        Harris County, TEXAS

                                                                        By _____, Deputy

N.INT.CITM.P                                  *74145675*

3/14/2023 7:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 73666243
By: Monica Jackson
Filed: 3/14/2023 7:59 PM

# 2023-16557 / Court: 61

## Harris District Clerk - Civil Petition

| | | |
|---|---|---|
| AMIA YOUNG-TREZVANT | § | IN THE HARRIS DISTRICT CLERK – CIVIL, TEXAS |
| Plaintiff | § | |
| | § | |
| vs | § | CASE NO. _____ |
| | § | |
| | § | |
| LONE STAR COLLEGE | § | |
| Defendant | | |

# CIVIL PETITION

## I.  The Parties to This Petition

*Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)*

Plaintiff: Amia Young-Trezvant
Address: 11250 Mason Road Apartment 14203
City: Cypress      State: Texas      Zipcode: 77433
E-Mail Address: amiayoung@yahoo.com

*Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)*

Defendant: Lone Star College
Address: 5000 Research Forest Dr.
City: The Woodlands      State: Texas      Zipcode: 77381

*Defendant may be served by serving*   Sonia C. Lopez, Assistant General Counsel

(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at

5000 Research Forest Dr. The Woodlands, Texas 77381

(state the address for service of process).

The defendant's usual place of business or residence, or other place where defendant can probably be found is

N/A

## II.   Basis for Jurisdiction

*(State the statutes that are at issue in this case)*

Statutes Title V., Chapter 554, Title IX, under the laws in the State of Texas, it is unlawful for an individual to make deliberate statements that intend to harm a person's reputation without factual evidence or based on hearsay. It is also unlawful when employees are subjected to a pattern of unwanted harassment behavior that intimidates, ostracizes, threatens (psychologically or physically), embarrasses, ridicules, unreasonably overburdens or precludes employees from reasonably performing their work. Quid pro quo harassment and hostile work environment harassment are unlawful harassment. Additionally, an employer may not fire, demote, harass or otherwise retaliate against an individual for submitting a complaint. Educational institutions have a responsibility to protect employees rights to work in a safe environment free from unlawful discrimination, harassment, and retaliation as well as to prevent unjust deprivations of that right.

## III.   Cause of Action

*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Harris District Clerk - Civil in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

It is my contention that in addition to Lonestar College Cyfair being unjustly enriched, Lonestar College Cyfair's failure to address the matter constitutes a negligent misrepresentation; negligence; gross negligence and fraud; and constitutes false, misleading and deceptive acts and practices in violation of the violations of the TEX. BUS. & COMM. CODE § 17.46 (b), 17.50(a); breach of the duty of good faith and fair dealing; and overall breach of Lonestar College Policy IV.E. I have obtained information about my legal rights and Lonestar College Cyfair is also in violation of my rights under Title IX and Chapter 554 due to the following: Wrongful Termination, Harassment, Discrimination, and Retaliation. According to the terms outlined in the employee handbook, an employee must be given several warnings before they can be dismissed. With that being said, I was not given any prior warnings and was promptly fired on February 21, 2023. I understand that the state of Texas gives way to employment being "at will" however, discrimination, retaliation, or a breach of contract is illegal.

Under the laws in the State of Texas, it is unlawful for an individual to make deliberate statements that intend to harm a person's reputation without factual evidence or based on hearsay. It is also unlawful when employees are subjected to a pattern of unwanted harassment behavior that intimidates, ostracizes, threatens (psychologically or

physically), embarrasses, ridicules, unreasonably overburdens or precludes employees from reasonably performing their work. Quid pro quo harassment and hostile work environment harassment are unlawful harassment. Additionally, an employer may not fire, demote, harass or otherwise retaliate against an individual for submitting a complaint. Educational institutions have a responsibility to protect employees rights to work in a safe environment free from unlawful discrimination, harassment, and retaliation as well as to prevent unjust deprivations of that right. Lone Star College is in violation of such rights. Please see the following:

1) Before and following the filing of my original complaint on September 14, 2022, Lone Star College allowed manager Diona West to continue to harass me, treat me differently because of my age, and take other negative actions against me.

2) On December 21, 2021, Diona West called me several times during the holiday break. She insisted that I return her call her, as it is "mandatory" that I work during the holiday break. I then received a very aggressive email from her. The tone in her email was coerce and lacked respect. I know sometimes emails can be misinterpreted, but I'm almost certain this wasn't the case. Due to all of the confusion, I reached out to Human Resources to gain clarification on a lot of questions I had at hand. Not only did HR clear up the matter, but they corrected Diona as well.

3) On January 14, 2022, we had a monthly circulation meeting. Towards the end of the meeting, Diona shared childhood memories and stated the following: "Growing up, I use to act fake rich like Amia." This was completely inappropriate and comments like these should never be made. All eyes were on me in that moment, and it made me extremely uncomfortable.

4) On March 24, 2022, Diona West called me into her office to discuss why I called in sick a couple days prior. I informed her that I had an asthma attack and was admitted into the hospital. She continued to question the truthfulness of my claims, which made me extremely uncomfortable. Getting reprimanded for calling in due to me having an asthma attack was appalling.

5) On May 26, 2022, Diona West called a meeting, in which had to be split into two groups. When the second group returned from the meeting, several coworkers of mine stated that she spread false rumors about me. This behavior contributed to harassment as it pertains to Diona West creating such a hostile work environment.

6) On August 22, 2022, we had a circulation meeting. During this meeting raises were brought to our attention. A coworker of mine stated the following: "Wow, Amia

you could really benefit from getting a raise." Again, this is completely inappropriate. Diona laughed at the comment. Her reaction made it clear that she encouraged this type of behavior towards me. She actually initiated and welcomed it when she made the "rich" statement I previously mentioned at a previous meeting.

7) On September 13, 2022, I received an email from Diona regarding "expectations for taking time off." After working as a Full-Time employee for nearly a year now, I'm well aware of how reporting time works. At this point in time, I feel as though she's trying to think of methods to fire me, which is a form of harassment. This incident caused me to contact Human Resources once again to clarify things.

8) On October September 28, 2022, I met with Rebecca Morales and Crystal Martin, along with my witness, to discuss and initiate an investigation.

9) On November 1, 2022, I received a letter from HR stating that the investigation was complete, but there was no resolve or communicated outcome.

10) October 17, 2022, I had to file a police report with the campus police regarding my vehicle mysteriously being hit in the parking lot while I was inside of the building and my car was parked.

11) On October 28, 2022, Diona began sending emails, creating false accusations against me.

12) On November 1, 2022, Diona continued to harass me via email, in fact, the harassment worsened after receipt of HR's investigation determination (there was no determination included in the letter received).

13) On November 1, 2022, Diona doubled up on the harassment, by spamming me with emails regarding my leave of absence the week before.

14) On November 10, 2022, Grievance was submitted to Dr. Matthew Dempsey (Dr. Dempsey). On November 10, 2022, Dr. Matthew Dempsey did not proceed with Grievance on the basis of section IVF10 that he stated mentions, "employees must attempt to resolve this informally with my supervisor." I found this to be quite disturbing as my supervisor was the one harassing me. He went on to mention that he did not see my attempts to resolve the matter with Diona on my timeline and to provide him with documentation of such attempt before he could proceed with next steps.

15) On November 14, 2022, Notified President Valerie Jones of my concerns.

16) On December 7, 2022, I initiated a request for mediation with the Dispute Resolution Center.

17) On December 9, 2022, Diona West declined mediation.

18) On January 25, 2023, Second Notification was emailed to Dr. Dempsey and President Valerie Jones regarding more concerns and Diona's refusal to attend mediation.

19) On February 13, 2023, Notified Dr. Dempsey and President Valerie Jones on the most recent incident regarding the attempt to withhold my cell phone/home access key that was left in the "secure room." Since there were no managers onsite, a librarian, and campus police were called to try to attempt to retrieve my cell phone, it wasn't until it escalated to the campus police, Diona West decided to show up to unlock the door so that I could retrieve my cell phone. The detailed event was emailed to both Dr. Dempsey and President Valerie Jones.

20) On March 1, 2023, Lone Star College acknowledged receipt of my demand letter dated February 14, 2023 and declined my settlement offer.

## IV. Relief Requested

*Describe the relief you are requesting, itemizing the amount of damages you are seeking.*

**Based upon the information now available, the estimated economic and noneconomic damages are $1,000,000.00**

I contend that Lone Star College is liable for allowing Diona West to participate in defamation, harassment, and retaliation against me. Her multitude of actions has definitely held me up to scorn, hatred, ridicule, disgrace, and contempt in the minds of my former co-workers and fellow citizens within my community. My damages are as follows:

Lost Wages (Pre-incident earning times the years employed and missed plus lost salary from anticipated raise) = $225,000.00
Loss of Benefits = $23,733.00
Current & Future Medical and Counseling Bills = $116,034.00
Cost of Job Searches (hotel and transportation costs for interviews) = $1,000.00

Pain & Suffering (Depression, Anxiety, and PTSD diagnosis as a direct result of this entire situation, mental anguish, emotional distress, and public humiliation) = $500,000.00

Compensatory Damages (Hostile work environment, inappropriate harassment I was subjected to) = $133,233.00

Consultation Fees for Legal Advice = $1,000.00

Total= 1,000,000.00

### V. Certification and Closing

By signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

_____                    Amia Young-Trezvant
Signature of Plaintiff or Plaintiff's Attorney of Record         Printed Name

Address: 11250 Mason Road Apartment 14203 Cypress, TX 77433
Telephone: 281.967.9440
E-Mail Address: amiayoung@yahoo.com
Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address

### VI. Certificate of Service

I hearby certify that a true and correct copy of the forgoing instrument has been forwarded by EFile to each attorney/party of record listed below on this tenth day of March 2023;

| DEFENDANT: | PLAINTIFF: |
|---|---|
| Sonia C. Lopez<br>Lone Star College<br>5000 Research Forest Dr. The Woodlands, TX 77381<br>832.813.6584<br>sonia.lopez@lonestar.edu | Amia Young-Trezvant<br>11250 Mason Road Apt. 14023 Cypress, TX 77433<br>281.967.9440<br>amiayoung@yahoo.com |

_____
Signature of Certifying Pro Se Party

3-15-23
Date

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 73666243
Filing Code Description: Petition
Filing Description: Harris District Clerk Civil Petition
Status as of 3/15/2023 8:44 AM CST

Associated Case Party: AmiaLynnYoung-Trezvant

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amia Young-Trezvant | | amiayoung@yahoo.com | 3/14/2023 7:59:32 PM | SENT |

Associated Case Party: Lone Star College

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sonia CLopez | | sonia.lopez@lonestar.edu | 3/14/2023 7:59:32 PM | SENT |

**MARILYN BURGESS**
HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651



7019 2280 0000 0791 2073



LONE STAR COLLEGE
BY SERVING
SONIA C LOPEZ
5000 RESEARCH FOREST DR
THE WOODLAND, TEXAS 77433

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: 2023-16557 #6<br><br>LONE STAR COLLEGE<br>BY SERVING<br>SONIA C LOPEZ<br>5000 RESEARCH FOREST DR<br>THE WOODLAND, TEXAS 77433<br><br>9590 9402 5223 9122 0809 30<br><br>7019 2280 0000 0791 2073 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |